JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANGELICA DERAS, | Case No. CV 21-4106-GW-AFMx |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Upon consideration of the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 30, 2021

_____
Honorable George H. Wu
United States District Judge